# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN STEWARD, | Case No. EDCV 08-611-ODW (JTL) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT HERNANDEZ, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: 9-4-2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE